UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MASON BIBB, | Case No.  2:26-cv-00416-DJC-CSK (PS) |
| Plaintiff, | ORDER |
| v. | (ECF No. 6 and 7.) |
| CITY OF COPPERAS COVE, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 25, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 6), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 6).  No objections were filed and the time to do so has passed.

On April 27, 2026, the Magistrate Judge filed additional findings and recommendations (ECF No. 7), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 7).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and

1

finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6 and ECF No. 7) are ADOPTED IN FULL;

2. Plaintiff's IFP request (ECF No. 2) is DENIED;

3. Plaintiff is granted leave to satisfy the filing fee in $75 monthly installments, beginning June 1, 2026, and due on the first of each month thereafter, and allow for the Clerk to issue a summons after the first installment is received;

4. Plaintiff is warned that failure to satisfy the full filing fee according to the payment scheduled may result in dismissal under Federal Rule of Civil Procedure 41(b);

5. Plaintiff's motion for a temporary restraining order (ECF No. 5) is DENIED; and

6. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/bibb26cv416.JO.noobj

2